# Exhibit A

*Schedule of AvoidableTransfers*

*In re Newton Manufacturing Co.*

**Schedule of Preferential Transfers to Gary Plastic Packaging Corp. d/b/a Garyline**

| Transferee Name | Check Clear Date | Check or Wire Date | Check No. or Wire Reference | Transfer Amount |
|---|---|---|---|---|
| Gary Plastic Packaging Corp. d/b/a Garyline | 3/3/2015 | 2/19/2015 | 8312 | 2,395.01 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 3/5/2015 | 2/26/2015 | 8337 | 4,710.97 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 3/5/2015 | 2/25/2015 | 438718 | 460.53 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 3/24/2015 | 3/19/2015 | 8699 | 4,218.71 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 4/7/2015 | 3/26/2015 | 8861 | 2,798.73 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 4/14/2015 | 4/2/2015 | 8925 | 3,472.59 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 4/15/2015 | 4/9/2015 | 9047 | 3,962.94 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 4/22/2015 | 4/16/2015 | 9138 | 2,704.34 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 4/28/2015 | 4/23/2015 | 9224 | 2,972.38 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 5/4/2015 | 4/30/2015 | 9249 | 3,028.27 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 5/6/2015 | 5/3/2015 | 9332 | 2,996.64 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 5/11/2015 | 5/7/2015 | 9367 | 2,875.78 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 5/19/2015 | 5/14/2015 | 9428 | 2,591.30 |
| Gary Plastic Packaging Corp. d/b/a Garyline | 5/28/2015 | 5/22/2015 | 9530 | 1,016.32 |
| | | | **Total** | **40,204.51** |